IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ACLU OF WEST VIRGINIA
and BRAD TAYLOR

        Plaintiffs,

v.                                                      Civil Action No.:    2:00CV45

THE HONORABLE ANDREW N. FRYE, JR.
in his official capacity as Judge of the 21st Judicial
Circuit of West Virginia and individually,

        Defendant.

### AGREED CONSENT ORDER

In this action, the Plaintiffs, Brad Taylor and ACLU of West Virginia, rely upon 42 U.S.C. Section § 1983 seeking damages and equitable relief from the Defendant, the Honorable Andrew N. Frye, Jr. The parties have agreed to resolve this issue by the payment by the Defendant to the Plaintiffs of the total sum of Four Thousand Five Hundred Dollars ($4,500.00). This amount shall be deemed to cover attorney's fees, costs and other expenses as may have been awarded pursuant to 42 U.S.C. Section § 1988. On the equitable issues, the Defendant, the Honorable Andrew N. Frye, Jr., denies liability to the Plaintiffs, but consents and agrees as a condition of the resolution of this case to refrain from conducting prayer prior to convening grand juries.

WHEREUPON the Court having reviewed the parties' proposal of the resolution of this matter and found such to be procedurally appropriate and having reviewed the equitable relief

MA94474.1

ESF 00 Page 133

which the Honorable Andrew N. Frye, Jr. has agreed to, and found such to be necessary and appropriate, the Court hereby ORDERS that:

1. The Defendant shall, pursuant to this Order, pay to the Plaintiffs the amount of Four Thousand Five Hundred Dollars ($4,500.00). This amount shall include such attorney's fees, costs, and other expenses as may have been awarded pursuant to 42 U.S.C., Section 1988;

2. The Defendant, the Honorable Andrew N. Frye, Jr., shall hereinafter refrain from having prayer conducted prior to convening grand juries.

The Clerk shall forward to all counsel of record a certified copy of this Agreed Consent Order and place this case among the causes ended..

The Clerk is so ORDERED this _1st_ day of _December_, 2000.

_____
JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Presented to and agreed to by:

_____
Harry P. Waddell, Esquire (WVSB #3883)
300 West Martin Street
Martinsburg, WV 25401
Counsel for Plaintiffs

_____
Tracey B. Dawson, Esquire (WVSB #6306)
Steptoe & Johnson
126 East Burke Street
Martinsburg, WV 25401
Counsel for the Defendant

_the annexed instrument is a true and correct copy of the original filed in my office._
ATTEST: Dr Wally Edgell
Clerk, U.S. District Court
Northern District of West Virginia

By _____
Deputy Clerk

William S. Steele
MANAGING Deputy
Attorney General
WVSB # 3589

Andrew N. Frye
11-13-00

MA94474.1

2